## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ronald P. Cooley, individually and : 
derivatively on behalf of the Lofts at : 
1234 Condominium Association, : 
                Appellant : 
                : 
            v. :       No. 1668 C.D. 2018
                : 
Lofts at 1234 Condominium Association, : 
Thomas Marrone, and Echo Volla : 

**PER CURIAM**                 **O R D E R**

        NOW, June 15, 2020, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is denied.